FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARLA J. M., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:18-cv-00193-SAB <br><br><br> **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

Before the Court is Defendant's Motion to Dismiss, ECF No. 20. The motion was heard without oral argument. Plaintiff is representing herself in this matter; Defendant is represented by Ryan Lu.

Previously, the Court entered an Order directing the parties to submit a proposed scheduling order. Defendant's counsel attempted to contact Plaintiff but did not receive a response. In addition, Plaintiff has not notified the Court and Defendant of her current mailing address or email address.

//
//
//
//
//
//

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss, ECF No. 20, is **GRANTED**.
2. Pursuant to Fed. R. Civ. P. 41(b), the above-captioned case is dismissed without prejudice for Plaintiff's failure to prosecute and failure to keep the Court informed of her current mailing address.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 4th day of September 2019.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ~ 2**